UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRIDENT BRANDS, INC.,                                  21-cv-2962 (JGK)

                  Plaintiff,          ORDER

  - against -

PIT MYCELL, LLC, ET AL.,

                  Defendants.

---

**JOHN G. KOELTL, District Judge:**

    This case was transferred to this Court by the United States Bankruptcy Court for the District of New Jersey as related to Case No. 20-12748 (Bankr. S.D.N.Y.). See Case No. 21-01182 (Bankr. D.N.J.) Docket No. 5.

    This case is therefore referred to Judge James L. Garrity, Jr. to be consolidated with Case No. 20-12748 (Bankr. S.D.N.Y.). This reference is also made pursuant to this Court's Standing Order of Reference Re: Title 11 (attached to this Order).

**SO ORDERED.**

Dated:     New York, New York
            October 26, 2021

                                                    John G. Koeltl
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In the Matter of:

Standing Order of Reference
Re: Title 11

: 12 MISC 0 0 0 3 2
: AMENDED
: STANDING ORDER
: OF REFERENCE
:
: M10-468
:
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-1-2012

Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district.

If a bankruptcy judge or district judge determines that entry of a final order or judgment by a bankruptcy judge would not be consistent with Article III of the United States Constitution in a particular proceeding referred under this order and determined to be a core matter, the bankruptcy judge shall, unless otherwise ordered by the district court, hear the proceeding and submit proposed findings of fact and conclusions of law to the district court. The district court may treat any order of the bankruptcy court as proposed findings of fact and conclusions of law in the event the district court concludes that the bankruptcy judge could not have entered a final order or judgment consistent with Article III of the United States Constitution.

SO ORDERED.

_____
Loretta A. Preska
Chief Judge

Dated:      New York, New York
            January 31, 2012

g:\bankruptcy\order-bankruptcy amendments Act 1984 to Title 11 - jan 2012.wpd